UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-PS-O-

TROY BROOKS, 97A4120,

       Plaintiff,

   -v-

D.S.S. CHAPPIUS, SGT. MEEHAN,
SGT. SHOEMAKER, SGT. JOHN DOE,
REVIEWING OFFICER JOHN DOE,
CORRECTIONAL OFFICERS FRIBIE,
ROGER, WARD, D. FORREST, WILSON,
MCLAUGHLIN, DUNDAS, AIKEN, WORLE,
KEENAN, AYERS, STAMP, W. SKELLY, and
SUPERINTENDENT MCGINNIS,

       Defendants.

**DECISION and ORDER**
05-CV-6021Fe

    Plaintiff, who is incarcerated in the Southport Correctional Facility, has amended his complaint as directed in the Court's Order dated April 5, 2005. Plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

    The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

    Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

    SO ORDERED.

Dated:   July _____, 2005
           Buffalo, New York

                                          WILLIAM M. SKRETNY
                                          United States District Judge